UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIV. NO. 13-mc-96(SRN/JSM) |
| Petitioner, | ORDER |
| v. | |
| DAVID SORENSON, individual and as President of Anderson-Sorenson Homes, Inc., | |
| Respondent. | |

The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 11, 2014. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

The United States of America's Petition to Enforce Internal Revenue Summonses [Doc. No. 1] is **GRANTED.** Respondent is ordered to obey every requirement of the IRS summonses issued on June 7, 2013 for tax years 2010 and 2011 within 30 days of the date of this Order.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: February 26, 2014

s/Susan Richard Nelson
Susan Richard Nelson
United States District Court